PROB 22
(Rev. 1/2001)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| | **Docket Number** (Tran. Court) 0868 1:13CR00155 | |
| | **Docket Number** (Rec. Court) 3:18-cr-05577-BHS | |
| **Name and Address of Probation/Supervised Releasee:** Aaron Scott Collins | **District:** North Dakota | **Division:** |
| | **Sentencing Judge:** | The Honorable Daniel L. Hovland |
| | **Supervision Dates:** | From: 05/19/2019 — To: 05/18/2029 |
| **Offense:** | Attempted Coercion and Enticement of a Minor 18 U.S.C. § 2422(b) Possession of Materials Involving the Sexual Exploitation of Minors 18 U.S.C. § 2252(a)(4)(B) | |

## PART 1 – ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the **Western District of Washington** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11-18-18
_Date_

_[signature]_
Chief United States District Court Judge
Daniel L. Hovland

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

29 Nov. 2018
_Effective Date_

_[signature]_
United States District Court Judge