IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| | ) | Case No.    1:13-cr-155 |
| v. | ) | |
| | ) | Violation:    18 U.S.C. §§ 2422(b), |
| | ) | 2252(a)(4)(B), 2252(a), 2252(b)(2), 2253(a), |
| AARON S. COLLINS | ) | & 2428 |

COUNT ONE

**Attempted Coercion and Enticement of a Minor**

The Grand Jury Charges:

From on or about June 12, 2013, to on or about June 13, 2013, in the District of North Dakota,

AARON S. COLLINS

did use a facility of interstate and foreign commerce, to knowingly attempt to persuade, induce, entice and coerce a minor female, who had not attained the age of 18 years, to engage in prostitution and sexual activity for which he could be charged with an offense under the laws of the State of North Dakota; namely, North Dakota Century Code, Sections 12.1-20-05 and 12.1-20-07.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

### Possession of Materials Involving the Sexual Exploitation of Minors

The Grand Jury Charges:

On or about June 13, 2013, in the District of North Dakota,

### AARON S. COLLINS

knowingly possessed, and accessed with intent to view, numerous digital files containing visual depictions that had been transported in interstate commerce, and which were produced using materials which had been mailed, shipped, and transported in interstate commerce, by any means, including by computer, the production of which visual depictions involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct;

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of violating Title 18, United States Code, Sections 2252 and 2422, as charged in this Indictment,

AARON S. COLLINS

shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, and received in violation thereof and any and all property used and intended to be used in any manner and part to commit and to promote the commission of such violations, including, but not limited to, the following:

- One Toshiba brand laptop computer, Serial Number: 1A080249Q; and
- One Samsung cellular telephone, Serial Number: A000002F033A90.

By virtue of commission of one or more of the felony offenses as charged in this Indictment, all right, title, and interest in the above-described property is vested in the United States and is hereby forfeited to the United States pursuant to Title 18, United States Code, Sections 2253(a) and 2428.

A TRUE BILL:

_____
Grand Jury Foreperson

_____, AUSA
TIMOTHY Q. PURDON
United States Attorney

GLD:aap

# Criminal Case Cover Sheet — U.S. District Court

## Place of Offense:
County: __Burleigh__

Recommended Division __SW__
Explanation: See place of offense

## Related Case Information:
[ ] Information
[X] Indictment
[ ] Superseding
[ ] Superseding Indictment
Docket No. __1:13-cr-155__

[ ] Same Defendant   [X] New Defendant
Magistrate Judge Case _____
Search Warrant Case _____
R 20/R 40 from District _____

## Defendant Information:
Defendant Name: Aaron S. Collins
Alias Name: _____
Address: _____

Birthdate _____  Social Security No. _____  Sex __M__  Alien _____
[ ] Juvenile - Matter to be sealed
[ ] Interpreter requested. Language and/or _____

## U. S. Attorney Information:
USA/AUSA: Gary L. Delorme
Name of Agency: Department of Homeland Security

## Location Status:
[X] Not arrested. Requesting: [ ] Summons  [X] Warrant
[ ] Arrested on _____
[ ] On Pretrial Release as _____ by order _____
[ ] Already in Federal Custody as of _____ in _____
[X] Already in State Custody in __Burleigh County Correctional Center__
[ ] Detainer Filed on _____
[ ] Fugitive

## U.S.C. Citations:
Total # of Counts __2__   [ ] Petty   [ ] Misdemeanor   [X] Felony

| U. S. Code/Index Key | Description of Offense Charged/Statutory Maximum Penalties | Count(s) |
|---|---|---|
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor (life/$250,000) | 1 |
| 18 U.S.C. §§ 2252(a)(4)(B) & 2252(b)(2) | Possession of Materials Involving the Sexual Exploitation of Minors (10 years/$250,000) | 2 |
| 18 U.S.C. §§ 2253(a) & 2428 | Forfeiture Allegation | |