IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA | ) | I N F O R M A T I O N |
|---|---|---|
| | ) | |
| | ) | Case No.   1:13-CR-0155 |
| v. | ) | |
| | ) | Violations:   18 U.S.C. § 2422(a) |
| | ) | |
| AARON S. COLLINS, | ) | |

**Coercion and Enticement**

From on or about June 12, 2013 to in or about June 13, 2013, in the District of North Dakota,

AARON S. COLLINS,

did knowingly attempt to persuade, induce, entice and coerce two minor females, the Defendant believed had not attained the age of 18 years, to travel in or affecting interstate commerce to engage in sexual activity for which he could have been charged with an offense;

In violation of Title 18 United States Code Section 2422(a).

_____ AUSA
for CHRISTOPHER C. MYERS
United States Attorney